

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

 Appellant has filed a motion in which she requests "oral argument in Appellants [sic] brief." We interpret this motion as a request for oral argument, which was not included in her previously filed appellate brief. *See* Tex. R. App. P. 39.7 (stating party desiring oral argument must note that request on front cover of brief; failure to request oral argument waives right to argue). As interpreted, we **GRANT** appellant's motion. Thus, we will note that appellant has requested oral argument. However, whether appellant will be permitted to argue this case before the court will be determined when the matter is at issue. Appellant will be notified by letter as to whether the appeal will be submitted with oral argument or without oral argument.

_____
Marialyn Barnard, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court